DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY BATTLE,**
Appellant,

v.

**STATE OF FLORIDA, RICKY D. DIXON,
SECRETARY OF DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D2025-1156

[August 6, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472024CA000032A.

Jeffrey Battle, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Christopher M. Sutter, Senior Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

We summarily affirm the order denying appellant's petition for writ of habeas corpus. Fla. R. App. P. 9.315(a). Appellant's sentence for capital murder provides that he is not "eligible" for parole until after serving 25 years in prison. § 775.082(1), Fla. Stat. (1991). Appellant's argument that the statute guarantees him release on parole after 25 years is clearly without any arguable merit. Appellant's assertion that a legislative amendment to the parole statute in 1982 somehow made parole mandatory after 25 years is without any basis in law. The petition and this appeal are frivolous.

*Summarily affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*